FILED
2015 Oct-22 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DOMINION RESOURCES BLACK WARRIOR TRUST, by and through its TRUSTEE, SOUTHWEST BANK,** ) ) ) ) | |
| Appellant, ) ) | Case No. 2:15-cv-1531-LSC |
| v. ) ) | |
| **WALTER ENERGY, INC. et al.,** ) ) | |
| Appellees ) | |

### MOTION FOR ADMISSION *PRO HACE VICE*

The undersigned, Thomas B. Humphries, pursuant to Local Rule 83.1(b), moves this Court for the admission Pro Hac Vice of T. Micah Dortch in the above-styled case as additional counsel for Appellant, Dominion Resources Black Warrior Trust by and through its Trustee, Southwest Bank. As grounds for this motion, the undersigned shows as follows:

1. T. Micah Dortch is a shareholder at the law firm of Cooper & Scully, P.C., 900 Jackson, Suite 100, Dallas, TX 75202, telephone (214) 712-9500.

2. Mr. Dortch is admitted to practice in the State of Texas and the State of Oklahoma, U.S. Supreme Court, U.S. Court of Appeals 5th Circuit, U.S. Court of Federal Claims, U.S. District Court for the District of Colorado, U.S. District Court for the Northern District of Florida, U.S. District Court for the Northern

District of Illinois, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Southern District of Texas, and the U.S. District Court for the Western District of Texas.

3. In further support of this motion, a Certificate of Good Standing of Mr. Dortch with the United States District Court for the Northern District of Texas is attached as Exhibit A.

4. Mr. Dortch has not applied for pro hac vice admission in this court within the past three years.

5. A proposed Order Granting Application of T. Micah Dortch to Appear and Practice pro hac vice is attached as Exhibit B.

6. The undersigned will also be representing the Appellant named above.

THEREFORE, the undersigned respectfully requests that T. Micah Dortch be admitted to practice pro hac vice before the Court in this matter.

Respectfully submitted on this the 22nd day of October, 2015.

/s/ Thomas B. Humphries
Thomas B. Humphries, Esq.
Stephen B. Porterfield, Esq.
Attorneys for Appellant

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Birmingham, AL  35205
Tel.:   (205) 930-5100
Fax:   (205) 930-5101
thumphries@sirote.com
sporterfield@sirote.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 22, 2015, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record as follows:

Cathleen Curran Moore
James B Bailey
Jay R Bender
J. Patrick Darby
Scott Burnett Smith
BRADLEY ARANT
BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
ccmoore@babc.com
jbailey@babc.com
jbender@babc.com
pdarby@babc.com
ssmith@babc.com

Stephen J. Shimshak
Kelley A. Cornish
PAUL,WEISS,
RIFKIND,WHARTON&
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
sshimshak@paulweiss.com
kcornish@paulweiss.com

Michael L Hall
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203
mhall@burr.com

Jamie A Wilson
Lee R Benton
BENTON & CENTENO LLP
2019 3rd Avenue North
Birmingham, AL 35203
jwilson@bcattys.com
lbenton@bcattys.com

Joseph E Bain
Robert L Paddock
Tye C Hancock
Thompson & Knight LLP
333 Clay Street, Ste 3300
Houston, TX 77002
joseph.bain@tklaw.com
Robert.Paddock@tklaw.com
tye.hancock@tklaw.com

                                      /s/ Thomas B. Humphries
                                      OF COUNSEL